UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTEN MENDEZ,

Plaintiff,

v.

DAWN HILL-KEARSE, et al.,

Defendants.

Case No. 2:26-cv-1774-DJC-JDP (PS)

ORDER

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 21, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.[1]

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

////

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed September 21, 2026, ECF No. 5, are adopted in full;
2. This action is dismissed without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the court's July 28, 2026 order, *see* ECF No. 3; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE